In the Matter of the Application of JOHN N. TROMMERSHAUSER for Admission to the Bar. (From the State of Nebraska.)—Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.